# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE KISER,<br><br>                     Petitioner,<br>   vs.<br><br>GONZALEZ, Warden, et al.,<br><br>                    Respondents. | CASE NO. 11cv1944 DMS (NLS)<br><br>**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) DENYING PETITION** |

On August 24, 2011, Petitioner Eugene Kiser ("Petitioner"), a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 11, 2012, Magistrate Judge Nita L. Stormes issued a Report and Recommendation ("R&R") recommending that the Court deny the petition. There are no objections to the R&R.

This Court, having reviewed *de novo* the Magistrate Judge's R&R, adopts the Magistrate Judge's recommendation in full and **DENIES** the petition for a writ of habeas corpus. The Court finds no basis for a certificate of appealability. The Clerk of Court shall enter judgment accordingly, and terminate this case.

**IT IS SO ORDERED**.

DATED: December 20, 2012

                                                  HON. DANA M. SABRAW
                                                  United States District Judge